DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEBBIE KARKASON,**
Appellant,

v.

**DOGGIE STYLE PETS, INC.,** operating under fictitious name
PETLAND PLANTATION, [*et al.*],
Appellee.

No. 4D21-1392

[October 21, 2021]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE20-015054.

Denese Venza of Venza Law, PLLC, West Palm Beach, and Marcy I. LaHart, Micanopy, for appellant.

Juan-Carlos Planas of Law Firm of Juan-Carlos Planas, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***